UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAINT VINCENT CATHOLIC MEDICAL  :  09-CV-9730 (KPC)
CENTERS and QUEENSBROOK
INSURANCE LIMITED,              :
                                   **NOTICE OF APPEAL**
                Plaintiffs,   :

      -against-                 :       FILED U.S. DC
                                           OCT 27 2010
MORGAN STANLEY INVESTMENT        :         S.D. OF N.Y.
MANAGEMENT INC.,
                                 :
                Defendant.
-------------------------------------------------------------x

        Notice is hereby given that SAINT VINCENT CATHOLIC MEDICAL CENTERS and QUEENSBROOK INSURANCE LIMITED, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the memorandum and order entered in this action on the 4th day of October, 2010.

Dated:  October 27, 2010
        New York, New York

                                        BUTZEL LONG, a professional corporation

                                        By: _____
                                             Eric B. Fisher
                                           380 Madison Avenue, 22nd Floor
                                           New York, NY 10017
                                           Tel.: (212) 818-1110
                                           Fax: (212) 818-0494
                                           *Attorneys for Plaintiffs*
                                           *Saint Vincent Catholic Medical Centers and*
                                           *Queensbrook Insurance Limited*

TO:    Richard A. Rosen
         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         1285 Avenue of the Americas
         New York, New York 10019
         Tel.: (212) 373-3305
         Fax: (212) 492-0305
         rrosen@paulweiss.com
         *Attorneys for Defendant*
         *Morgan Stanley Investment Management Inc.*