```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Saint Vincent Catholic Medical Centers, et al.,

                       Plaintiffs,                  09 Civ. 9730 (PKC)

      -against-

                                                        ORDER

Morgan Stanley Investment Management Inc.,

                     Defendant.
-----------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       No motion to amend having been filed in the period set in the Memorandum & Order of October 4, 2010, the clerk is directed to enter judgment for the defendant.

       SO ORDERED.

                                                           P. Kevin Castel
                                               United States District Judge

Dated:  New York, New York
          April 19, 2011