UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SAINT VINCENT CATHOLIC MEDICAL
CENTERS, et al.,

                    Plaintiffs,

-against-

MORGAN STANLEY INVESTMENT
MANAGEMENT INC.,

                    Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/11

09 **CIVIL** 9730 (PKC)

**JUDGMENT**

Whereas no motion to amend having been filed in the period set in the Memorandum and Order of October 4, 2010, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on April 19, 2011, having rendered its Order directing the Clerk to enter judgment for the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 19, 2011, judgment is entered for the defendant.

**Dated:** New York, New York
       April 25, 2011

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court

**BY:**
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____