**MANDATE**



N.Y.S.D. Case #
09-cv-9730(PKC)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of July, two thousand and eleven,

_____

Pension Benefit Guaranty Corporation, on behalf of Saint Vincent Catholic Medical Centers Retirement Plan, Saint Vincent Catholic Medical Centers, Queensbrook Insurance Limited,

Plaintiffs - Appellants,

v.

Morgan Stanley Investment Management Inc.,

Defendant - Appellee.

_____

ORDER
Docket Number: 11-2133 (con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 10, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/10/2012**